UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLAUDIA YAQUELIN FALLA PORTILLO,

Petitioner,

v.

FACILITY DIRECTOR, et al.,

Respondents.

No. 1:26-cv-00663-DAD-EFB (HC)

ORDER

Petitioner, an immigration detainee who is representing himself, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Respondents have filed an answer, and the court has granted a preliminary injunction ordering petitioner's release from immigration custody. ECF No. 7.

Petitioner seeks appointment of counsel. ECF No. 2. In light of the complexity of the legal issues involved, the court has determined that the interests of justice require the appointment of counsel for petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983). Within seven days from the date of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Nic Cannarozzi, Courtroom Deputy for Magistrate Judge Edmund Brennan via email at ncannarozzi@caed.uscourts.gov who shall update the docket to reflect counsel's appointment. If

1

counsel is not a member of the Eastern District of California Criminal Justice Act Panel, the court hereby authorizes them to serve as CJA counsel for petitioner for the duration of the proceedings in this court pursuant to Local Rule 180(b)(1).

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's motion for appointment of counsel (ECF No. 2) is GRANTED.

2. Within seven days from the date of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Nic Cannarozzi, Courtroom Deputy for Magistrate Judge Edmund Brennan via email at ncannarozzi@caed.uscourts.gov who shall update the docket to reflect counsel's appointment.

3. The Clerk of the Court shall serve a copy of this order on the Federal Defender, Attention: Habeas Appointment, along with a copy of the § 2241 petition.

4. Within seven days of appointment, counsel for petitioner may file a traverse.

DATED:  February 9, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2